UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-10264-MWC-MAR | Date | October 20, 2026 |
| Title | Robert E. Nava v. Department of Veterans Affairs, et al. | | |

| | |
|---|---|
| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |

| | |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER DISMISSING CASE JS-6**

Plaintiff having failed to pay the required filing fee as directed in the Notice dated September 11, 2026 (Dkt. [5]), therefore, the case is DISMISSED.

____ : ___
Initials of Deputy Clerk: TJ